

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00019-CV

**R.J. SKYE FOUNDATION, LLC**, et al.,
Appellant

v.

Wallace B. **JEFFERSON**, et al.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19776
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  February 11, 2015

DISMISSED FOR WANT OF JURISDICTION

Appellant Roman Gondorz, who is not a licensed attorney, filed a notice of appeal indicating he was the "Authorized Representative for R.J. Skye Foundation, LLC." He complains that the trial court denied his "motion that he be heard by MASTER IN CHANCERY" and asks this court to decide whether Texas Rule of Civil Procedure 171 is still in effect.

On January 22, 2015, because there did not appear to be a final, appealable judgment or order in the record, we ordered Appellant to show cause in writing not later than February 2, 2015, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a);

*Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (noting that generally "an appeal may be taken only from a final judgment"). We warned Appellant that if he failed to timely show cause why this court has jurisdiction over this appeal, the appeal would be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195. To date, Appellant has filed no response.

Therefore, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

PER CURIAM